RECEIVED
NOV - 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JH

Dorothy Murphy (child)
Mildred Murphy (mother)

Plaintiff(s)

v.

Defendant(s)

07CV6180
JUDGE SHADUR
MAG. JUDGE KEYS

**COMPLAINT**

Legal Assistance Foundation of Chicago IL
Jackson MS. Vital Records
Jackson MS. Center for Legal Services
Jackson MS. Hinds County Chancery Court
Cook County Vital Records - City Hall IL

I Dorothy Murphy is complaining of Vital Records in Illinois or either Mississippi try to change my Legal Birth or My Legal Name my mom said I was born Tunnica MS- City Hall said I was not born from here got marry Feb 2003 to a Don Avry. Seems to be some type of I.D. Theft Seems to be someone els Vital Records say midwife send it in like that

name is Dorothy Ann Murphy Mother Jennica MS – mom maiden name incorrect on birth record it say her mother name Lucille Bowdery on birth record where it say mother maiden name suppose to say Mildred Jane Bowdery my mom did

a notarized affadative from ms them Legal services to take her mother name off birth record which was mistankely put on there that the way midwife send it in thats what MS. Vital Records told me when I went down there in Aug 27, 2007 to purchase birth record hire and Atty Tara B. Walker in MS. Vital Records hire and Atty Tara B. Walker in Jackson MS. ~~Legal services~~ also did petion and court order for correction of mother maiden name and Marriage Name which is Mildred Jane Murphy marriage name and Mildred Jane Bowdery maiden name Judge seen at Chancery court

**STATE OF ILLINOIS**

**COUNTY OF COOK**

This day before me the undersigned authority in and for the jurisdiction aforesaid, personally appeared **Mildred Jane Bowdery**, who after having been by me first duly sworn on her oath, states and deposes that all matters and things stated in the above and foregoing are true and correct as therein stated and that those matters and things therein stated on information and belief, she verily believes to be true.

*[signature]*
**MILDRED JANE BOWDERY**

SWORN TO AND SUBSCRIBED BEFORE ME, this the 13th day of September, 2007.

*[signature]*
**NOTARY PUBLIC**

MY COMMISSION EXPIRES:

05-03-09

OFFICIAL SEAL
VELDA MEZA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/03/09

IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

IN THE MATTER OF THE NAME CHANGE
OF DORTHY MAY MUPHEY a/k/a
DOROTHY MAE MURPHY                                            PETITIONER

VS.                                                           NO. G2007-1045

MISSISSIPPI STATE BOARD OF HEALTH                             RESPONDENT

### JOINDER AND AFFIDAVIT

**STATE OF ILLINOIS**

**COUNTY OF COOK**

I Mildred Jane Bowdery, the natural mother of Dorothy Mae Murphy, hereby joins in said Petition for Name Change to correct the following on my daughter's birth certificate:

a. My mother's name, Lucille Bowdery was mistakenly placed on my daughter's birth certificate at the time of birth. My daughter's birth certificate should correctly reflect my name **Mildred Jane Bowdery** as the mother of Dorothy Mae Murphy.

b. My daughter's name was incorrectly on her birth certificate as Dorthy May Muphey and should be corrected to reflect her name as **Dorothy Mae Murphy**.

c. My daughter's day of birth should be February 14, 1962 rather that February 5, 1962.

I have attached documents to support my request for changes related to my daughter's birth certificate.

_Mildred J Bowdery_
**MILDRED JANE BOWDERY,**
Mother of Dorothy Mae Murphy

# STATE OF MISSISSIPPI

### MISSISSIPPI STATE DEPARTMENT OF HEALTH
### VITAL RECORDS

**BUREAU OF VITAL STATISTICS**

## STANDARD CERTIFICATE OF BIRTH
### MISSISSIPPI STATE BOARD OF HEALTH

No. 3716

1. **PLACE OF BIRTH** — County: _Ato_ Dist. No. ___ Reg. No. ___
   Voting Precinct: ___ or City: _Savage_ (Hospital): _Home_
2. **Full name of child**: _Mildred Jane Baudry_
3. Sex: _Girl_  4. Twin or triplet: ___  5. No. in order of birth: ___  6. Premature/Full term: _yes_  7. Legitimate: _yes_  8. Date of birth: _Jan 10, 1928_

**FATHER**
9. Full name: _L. C. Baudry_
10. Full P.O. Address: _Savage, Miss_
11. Color: _Black_  12. Age at last birthday: _28_ (Years)
13. Birthplace (city or county) (State or country): _Savage, Miss_
14. Trade, profession, or particular kind of work done: _Farmer_
15. Industry or business in which work was done: ___
16. Date (month and year) last engaged in this work: _19__
17. Total time (years) spent in this work: ___

**MOTHER**
18. Full maiden name: _Lucille Sledge_
19. Full P.O. Address: _Savage, Miss_
20. Color: _Black_  21. Age at last birthday: _23_ (Years)
22. Birthplace (city or country) (State or country): _Senatobia, Miss_
23. Trade, profession, or particular kind of work done: _Housewife_
24. Industry or business in which work was done: ___
25. Date (month and year) last engaged in this work: _19__
26. Total time (years) spent in this work: ___

27. Number of children of this mother (at time of this birth and including this child): _4_  (a) Born alive and now living: _4_  (b) Born alive but now dead: _0_  (c) Stillborn: _0_

28. If stillborn, period of gestation: months or weeks ___
29. Cause of stillbirth: Before labor ___ During Labor ___

**CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE**
I hereby certify that I attended the birth of this child who was _born alive at 3 A.m._ on the date above stated.
(Signed) _____ M.D.
or _Lizzie Reed_, Midwife
Address: _Savage, Miss._

Filed _Feb 2, 1933_
_W. T. Smith_, Registrar

---

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

_F. E. Thompson Jr. MD_
F. E. Thompson, Jr., M.D., M.P.H.
**STATE HEALTH OFFICER**

_Nita Cox Gunter_
Nita Cox Gunter
**STATE REGISTRAR**

DEC 12 97

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS ...TER

EXHIBIT "D"

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

CERTIFICATE OF LIVE BIRTH — STATE OF MISSISSIPPI

**Place of Birth:** Tunica County, Lounge, Miss.
**Usual Residence of Mother:** Mississippi, Tunica County, Lounge, Miss.

**Child's Name:** Dorothy May Murphy
**Sex:** Girl — **Date of Birth:** 2-5-[?]

**Father:** James [Lonard] Murphy — **Color:** Color
**Age:** 29 — **Birthplace:** Tunica County — **Usual Occupation:** Farmer

**Mother (Maiden Name):** Lucill [Banks] — **Color:** Color
**Age:** 25 — **Birthplace:** Tate County

**Informant:** Willie Scott
**Mother's Mailing Address:** Lounge, Miss.
**Signature:** Willie Scott
**Attendant at Birth:** Midwife

**Date Received by Local Reg:** 2/12/62
**Registrar's Signature:** Will J. Bowen

**Length of Pregnancy:** 40 completed weeks
**Weight at Birth:** 5 lb. 8 oz.
Lucilall Murphy

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE.

Alton B. Cobb, M.D.
STATE HEALTH OFFICER

April 6, 1988

David Lohrisch
STATE REGISTRAR

WARNING: It is illegal to alter or counterfeit this copy.



EXHIBIT "A"



FAX 1-401-948-6759                                               254 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

HJ. 110A (REV. 2-80)                    **OFFICIAL RECORD AND TRANSCRIPT**                    PUBLIC HIGH SCHOOL
                                                                                              CHICAGO, ILLINOIS

NAME—MURPHY DOROTHY MAE                          STUDENT NO.—12980051              DIV.—015
ADDRESS—                                         BIRTHDATE—02/05/62                FEMALE
GUARDIAN—MURPHY JAMES                            BIRTHPLACE—SAVAGE MISS
MOTHERS MAIDEN NAME—BOWDERY MILDRED              BIRTH VER.—123 61
ENTRY DATE—09/16/76 FROM—(SCHOOL)—05760 SCHILLER        DIST. 07 AREA—6

DATE OF LEAVING 6/16/78 TO _____

RE-ENROLLED_____ FROM_____ LEFT/GRADUATED_____

8TH/7TH SEM. RANK: ___ ; NUMBER IN CLASS ___ | FINAL RANK: ___ ; NUMBER IN CLASS ___

**OFFICIAL TRANSCRIPT**

Failures:
- ROC LAB I — JN 77
- MATH READG — JN 77
- GEOM S — JN 77
- P E I — JN 77
- English II — June 78
- U.S. History — June 78
- Physics — June 78
- Biology Math — June 78
- P E II — June 78

EXPLANATION OF MARKS
A=95-100   D=80-94   C=81-87
D=75-80    F=FAILURE

CLASSES MEET FIVE 40-MINUTE PERIODS PER WEEK UNLESS OTHERWISE INDICATED. E.G. (7X) MEANS SEVEN PERIODS PER WEEK, (10X) MEANS TEN PERIODS PER WEEK

"S.S." IN YEAR COLUMN INDICATES SUMMER SCHOOL WORK

BASIC = MINIMUM REQUIREMENT
ESSENTIAL = SUBJECT BELOW REGULAR HIGH SCHOOL STANDARD
REGULAR = AVERAGE OR ABOVE IN ABILITY AND ACHIEVEMENT
HONOR = COURSE CONTENT ABOVE REGULAR HIGH SCHOOL STANDARD
Honor Telescope = 1-1/2 UNITS OF CREDIT IN (1) YEAR
Advance Placement = COLLEGE LEVEL COURSE. MEETS C.E.E.B. STANDARD

HIGH SCHOOL_____
(USE BLACK INK FOR ALL ENTRIES)     TEST DATA ON REVERSE SIDE    PRINCIPAL'S SIGNATURE

**LINCOLN PARK HIGH SCHOOL**
2001 N. ORCHARD ST
CHICAGO, IL 6061

EXHIBIT "E"