JH

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Dorothy Murphy
(Please print)

STREET ADDRESS: 5310 W. North Avenue #2

CITY/STATE/ZIP: Chicago IL 60639

PHONE NUMBER: 1-773-544-6884

CASE NUMBER: 07CV6180
JUDGE SHADUR
MAG. JUDGE KEYS

*(signed)* Dorothy Murphy    10-1-07
Signature   Date

FILED
NOV - 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT