UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy Murphy (child) – Mildred Murphy (mother)    JH

Case Number: _____

v.

Defendant(s) Jackson Mississippi Vital Records
Jackson Mississippi Center for Legal Services
Jackson Mississippi Hinds County Chancery Court

Judge: _____

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Dorothy Murphy__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   07CV6180
   JUDGE SHADUR
   MAG. JUDGE KEYS

   **FILED**
   NOV - 1 2007
   Nov. 1, 2007
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Dorothy Murphy_    5310 W. North Avenue #2
Movant's Signature   Street Address

11-1-07    Chicago, IL
Date        City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |