UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Dorothy Murphy, et al.

          Plaintiff,

v.

Legal Assistance Foundation of Chicago, IL, et al.

          Defendant.

Case No.:
1:07−cv−06180

Honorable Milton I. Shadur

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 2, 2007:

      MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Order. Accordingly bringing this action in this District Court must be viewed as frivolous in the legal sense, and both the Complaint and this action are dismissed.Motion to appoint counsel [4] is denied as moot; Motion for leave to proceed in forma pauperis[5] denied as moot; Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.